IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| GABRIEL ANTONIO BUELE MOROCHO : | |
| Petitioner, : | |
| : | |
| v. : | Civil No.: 5:25-cv-05930-JMG |
| : | |
| JAMAL L. JAMISON, *et al.*, : | |
| Respondents. : | |

_____

**ORDER**

**AND NOW**, this 24th day of November, 2025, upon consideration of Mr. Morocho's Petition for Writ of Habeas Corpus (ECF No. 1), the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 7), Petitioner's Reply Brief in Support of the Petition for Writ of Habeas Corpus (ECF No. 9), and the telephonic status conference held on November 24, 2025, **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. Mr. Morocho is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Mr. Morocho from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on November 25, 2025;

3. If the Government chooses to pursue re-detention of Mr. Morocho pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R §§ 1236.1 (c)(8), (d)(1), etc., and

4. The Court shall retain jurisdiction of this matter for thirty (30) days unless otherwise ordered.[1]

---

[1] A Memorandum Opinion is to follow; however, this Court is persuaded by the vast majority of federal courts that have ruled likewise. *See e.g., Patel v. McShane*, No. CV 25-5975, 2025 WL 3241212 (E.D. Pa. Nov. 20, 2025); *Ndiaye v. Jamison*, No. CV 25-6007, 2025 WL 3229307 (E.D.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

Pa. Nov. 19, 2025); *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-5488, 2025 U.S. Dist. LEXIS 226877 (E.D. Pa. Nov. 18, 2025); *Kashranov v. Jamison*, No. 25-5555, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); *Cantu-Cortes v. O'Neill*, No. 25-6338, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025).